**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

---

| | |
|---|---|
| MARLON MITCHELL, | **COMPLAINT** |
| Plaintiff, | |
| v. | |
| | **Civil Action No. 09-cv-8043** |
| BIEHL & BIEHL, INC. | |
| Defendant. | **JURY TRIAL DEMANDED** |

---

**COMPLAINT**

I. **INTRODUCTION**

1.     This action is brought by Plaintiff Marlon Mitchell for statutory damages against

Defendant Biehl & Biehl, Inc. for violations of the Fair Debt Collection Practices Act, 15 U.S.C.

§§ 1692 et seq. (hereinafter referred to as "FDCPA"), which prohibits debt collectors from

engaging in abusive, deceptive, and unfair practices, and the Telephone Consumer Protection

Act, 47 U.S.C. §§ 227 et seq. (hereinafter "TCPA"), by using an automatic telephone dialing

system to telephone Plaintiff's cellular telephone service without his express consent.

II. **JURISDICTION**

2.     Jurisdiction of this court over Mr. Mitchell's FDCPA claim arises under 15

U.S.C. § 1692k(d) and 28 U.S.C. § 1331. Jurisdiction over Mr. Mitchell's TCPA claim arises

under 28 U.S.C. § 1331 and 28 U.S.C. § 1367. Venue is proper in this district as all relevant

events took place here.

III. **PARTIES**

3.     Plaintiff Marlon Mitchell is an individual who resides in Glenwood, Illinois.

4.      Mr. Mitchell is a "consumer" as defined by the FDCPA, 15 U.S.C. § 1692a(3).

5.      Mr. Mitchell is a "person" as defined by 47 U.S.C. § 153(10).

6.      Defendant Biehl & Biehl, Inc. ("Biehl") is a corporation organized under the laws of the State of Illinois located at 325 East Fullerton Avenue, Carol Stream, Illinois.

7.      Biehl is a citizen of the State of Illinois.

8.      Biehl is licensed by the State of Illinois as a collection agency, License Number 0170000084.

9.      Biehl is engaged in the collection of debts from Illinois consumers using the mail and telephone.

10.     Biehl regularly attempts to collect consumer debts alleged to be due to another.

11.     Biehl was and is a "debt collector" as defined by the FDCPA, 15 U.S.C. §1692a(6).

## IV.     FACTUAL ALLEGATIONS

12.     Mr. Mitchell incurred an alleged debt to Chicago Tribune Circulation (hereinafter referred to as "the Debt").

13.     The Debt was incurred for personal, family, or household purposes, *i.e.*, a personal newspaper subscription

14.     Chicago Tribune Circulation referred, assigned, or otherwise provided the Debt to Biehl.

15.     On or about December 9, 2009, Biehl arranged for the preparation and transmittal of a letter to Mr. Mitchell at his residence in an attempt to collect the Debt. A copy of Biehl's December 9, 2009, correspondence is attached hereto as Exhibit A.

16.     Exhibit A contains:

> Chicago Tribune Circulation has retained us to collect the amount
> of $32.25 you owe them.
>
> If this amount is not correct as shown or you feel you do not owe
> this bill, please send written notification of these facts within thirty
> days. We will forward this information to Chicago Tribune
> Circulation for resolution of the debt.

17.     Exhibit A contains the validation notice required by 15 U.S.C. § 1692g.

18.     On or about December 15, 2009, Biehl placed a telephone call to Mr. Mitchell's cellular telephone in an attempt to collect the Debt.

19.     On or about December 15, 2009, Biehl left a voice mail on Mr. Mitchell's cellular telephone.

20.     Mr. Mitchell did not give Biehl his cellular telephone number.

21.     Mr. Mitchell did not give Biehl express consent to communicate with him on his cellular telephone.

22.     The voice mails left for Mr. Mitchell by Biehl were each a communication made in an attempt to collect a debt.

23.     The calls made to Mr. Biehl's cell phone were made using an "automatic telephone dialing system," as that phrase is defined by 47 U.S.C. § 227(a)(1) and interpreted by the Federal Trade Commission.

24.     Biehl willfully violated the TCPA.

## V.      COUNT ONE – FAIR DEBT COLLECTION PRACTICES ACT

25.     Plaintiff repeats, realleges, and incorporates by reference the foregoing paragraphs.

26.     Defendant's violations of the FDCPA include, but are not limited to:

     A.      using any false representation or deceptive means to collect or attempt to

collect any debt or to obtain information concerning a consumer in violation of 15 U.S.C. §§ 1692e and e(10); and

B.     contradicting and/or overshadowing the consumer's right to dispute the alleged debt orally in violation of 15 U.S.C. § 1692g(a)(3).

27.     As a result of Defendant's violations of the FDCPA, Plaintiff is entitled to an award of statutory damages, costs and reasonable attorney fees.

## VI.     <u>COUNT TWO – TELEPHONE CONSUMER PROTECTION ACT</u>

28.     Plaintiff repeats, realleges, and incorporates by reference the foregoing paragraphs.

29.     Defendant violated the TCPA by making calls using an automatic telephone dialing service to a telephone number assigned to a cellular telephone service in violation of 47 U.S.C. § 227(b)(1)(A)(iii).

30.     As a result of Defendant's violations of the TCPA, Plaintiff is entitled to entry of an Order enjoining Defendant from committing such violations, pursuant to 47 U.S.C. § 227(b)(3)(A).

31.     As a result of Defendant's violations of the TCPA, Plaintiff is entitled to an award of statutory damages in the amount of $500.00 for each such violation, pursuant to 47 U.S.C. § 227(b)(3)(B).

32.     As a result of Defendant's willful or knowing violations of the TCPA, Plaintiff is entitled to an award of statutory damages up to $1,500.00 for each such violation, pursuant to 47 U.S.C. § 227(b)(3)(C).

**VII.    REQUEST FOR RELIEF**

WHEREFORE, Plaintiff Marlon Mitchell requests that judgment be entered in his favor

against Defendant Biehl & Biehl, Inc. for:

A.    An Order enjoining Defendant from committing violations of the TCPA, pursuant to 47 U.S.C. § 227(b)(3)(A);

B.    An award of statutory damages in the amount of $500.00 for each TCPA violation, pursuant to 47 U.S.C. § 227(b)(3)(B);

C.    An award of statutory damages up to $1,500.00 for each willful or knowing TCPA violation, pursuant to 47 U.S.C. § 227(b)(3)(C);

D.    Actual damages pursuant to 15 U.S.C. § 1692k(a)(1);

E.    Statutory damages pursuant to 15 U.S.C. § 1692k(a)(2);

F.    Costs and reasonable attorney fees pursuant to 15 U.S.C. § 1692k(a)(3);

    and

G.    For such other relief as the Court may find to be just and proper.

**VIII.   JURY DEMAND**

Plaintiff Marlon Mitchell hereby demands that this case be tried before a Jury.


    s/ Craig M. Shapiro
    Craig M. Shapiro
    O. Randolph Bragg
    HORWITZ, HORWITZ & ASSOCIATES, LTD..
    25 East Washington Street Suite 900
    Chicago, Illinois 60602
    (312) 372-8822
    (312) 372-1673  (Facsimile)

    ATTORNEYS FOR PLAINTIFF

# EXHIBIT A

**BIEHL & BIEHL, INC.**

P. O. BOX 87410
CAROL STREAM, IL 60188-7410

**BIEHL & BIEHL, INC.**



325 E. Fullerton Ave., Carol Stream, IL 60188
Toll Free: 800-837-2434  Fax: 630-682-0545

| DEBT INFORMATION |
|---|

| | |
|---|---|
| Creditor: | Chicago Tribune Circulation |
| Account #: | ██████ |
| Date: | December 9, 2009 |
| Account Balance: | $32.25 |

25963532   0001596 / 352000037205 /   010
Marlon Mitchell
██████████████
Glenwood, IL 60425-2055

9206

|I.II..II....I.I.I.I.I.I..I.III....I.I..I.I....II...III.I.I|

Chicago Tribune Circulation has retained us to collect the amount of $32.25 you owe them.

If this amount is not correct as shown or you feel you do not owe this bill, please send written notification of these facts within thirty days. We will forward this information to Chicago Tribune Circulation for resolution of the debt.

Naturally, we do not want to jeopardize the good relationship between you and Chicago Tribune Circulation. Therefore, please take care of this obligation immediately. Kindly return the stub portion at the bottom of this letter with your payment.

Yours truly,

George Baron

Unless you notify this office within 30 days after receiving this notice that you dispute the validity of this debt or any portion thereof, this office will assume this debt is valid. If you notify this office in writing within 30 days from receiving this notice, this office will: obtain verification of the debt or obtain a copy of a judgment and mail you a copy of such judgment or verification. If you request this office in writing within 30 days after receiving this notice, this office will provide you with the name and address of the original creditor, if different from the current creditor.

This is a communication from a debt collector. This is an attempt to collect a debt. All information obtained will be used for this purpose.

International Association
of Commercial Collectors, Inc.

BB8LT8/R 1.0

CERTIFIED

---- DETACH HERE AND PLACE IN RETURN ENVELOPE WITH YOUR PAYMENT ----

## RETURN THIS WITH YOUR PAYMENT IMMEDIATELY

MAKE CHECK OR MONEY ORDER
PAYABLE TO CREDITOR LISTED
IN DEBT INFORMATION

| | |
|---|---|
| Creditor: | Chicago Tribune Circulation |
| Account #: | ██████ |
| Date: | December 9, 2009 |
| Account Balance: | $32.25 |

25963532
Marlon Mitchell
██████████████
Glenwood, IL 60425-2055

BIEHL & BIEHL
P.O.BOX 87410
CAROL STREAM, IL 60188-7410
|I.II..II.....III..I.I..I.I..I.I.I..III....I.I|

LTR01A