# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| MARLON MITCHELL, | **FIRST AMENDED COMPLAINT** |
| Plaintiff, | **Civil Action No. 09-cv-8043** |
| v. | **Judge Hart** |
| BIEHL & BIEHL, INC. | **Magistrate Judge Ashman** |
| Defendant. | **JURY TRIAL DEMANDED** |

## FIRST AMENDED COMPLAINT

### I. INTRODUCTION

1. This action is brought by Plaintiff Marlon Mitchell for statutory damages against Defendant Biehl & Biehl, Inc. for violations of the Fair Debt Collection Practices Act, 15 U.S.C. §§ 1692 et seq. (hereinafter referred to as "FDCPA"), which prohibits debt collectors from engaging in abusive, deceptive, and unfair practices.

### II. JURISDICTION

2. Jurisdiction of this court over Mr. Mitchell's FDCPA claim arises under 15 U.S.C. § 1692k(d) and 28 U.S.C. § 1331. Venue is proper in this district as all relevant events took place here.

### III. PARTIES

3. Plaintiff Marlon Mitchell is an individual who resides in Glenwood, Illinois.

4. Mr. Mitchell is a "consumer" as defined by the FDCPA, 15 U.S.C. § 1692a(3).

5. Defendant Biehl & Biehl, Inc. ("Biehl") is a corporation organized under the laws of the State of Illinois located at 325 East Fullerton Avenue, Carol Stream, Illinois.

6. Biehl is a citizen of the State of Illinois.

7. Biehl is licensed by the State of Illinois as a collection agency, License Number 0170000084.

8. Biehl is engaged in the collection of debts from Illinois consumers using the mail and telephone.

9. Biehl regularly attempts to collect consumer debts alleged to be due to another.

10. Biehl was and is a "debt collector" as defined by the FDCPA, 15 U.S.C. §1692a(6).

## IV. FACTUAL ALLEGATIONS

11. Mr. Mitchell incurred an alleged debt to Chicago Tribune Circulation (hereinafter referred to as "the Debt").

12. The Debt was incurred for personal, family, or household purposes, *i.e.*, a personal newspaper subscription

13. Chicago Tribune Circulation referred, assigned, or otherwise provided the Debt to Biehl.

14. On or about December 9, 2009, Biehl arranged for the preparation and transmittal of a letter to Mr. Mitchell at his residence in an attempt to collect the Debt. A copy of Biehl's December 9, 2009, correspondence is attached hereto as Exhibit A.

15. Exhibit A contains:

> Chicago Tribune Circulation has retained us to collect the amount of $32.25 you owe them.
>
> If this amount is not correct as shown or you feel you do not owe this bill, please send written notification of these facts within thirty days. We will forward this information to Chicago Tribune Circulation for resolution of the debt.

16. <u>Exhibit A</u> contains the validation notice required by 15 U.S.C. § 1692g.

**V.     COUNT ONE – FAIR DEBT COLLECTION PRACTICES ACT**

17. Plaintiff repeats, realleges, and incorporates by reference the foregoing paragraphs.

18. Defendant's violations of the FDCPA include, but are not limited to:

   A. using any false representation or deceptive means to collect or attempt to collect any debt or to obtain information concerning a consumer in violation of 15 U.S.C. §§ 1692e and e(10); and

   B. contradicting and/or overshadowing the consumer's right to dispute the alleged debt orally in violation of 15 U.S.C. § 1692g(a)(3).

19. As a result of Defendant's violations of the FDCPA, Plaintiff is entitled to an award of statutory damages, costs and reasonable attorney fees.

**VI. REQUEST FOR RELIEF**

WHEREFORE, Plaintiff Marlon Mitchell requests that judgment be entered in his favor against Defendant Biehl & Biehl, Inc. for:

    A.    Statutory damages pursuant to 15 U.S.C. § 1692k(a)(2);

    B.    Costs and reasonable attorney fees pursuant to 15 U.S.C. § 1692k(a)(3); and

    C.    For such other relief as the Court may find to be just and proper.

**VII. JURY DEMAND**

Plaintiff Marlon Mitchell hereby demands that this case be tried before a Jury.

     s/ Craig M. Shapiro
Craig M. Shapiro
O. Randolph Bragg
HORWITZ, HORWITZ & ASSOCIATES, LTD..
25 East Washington Street Suite 900
Chicago, Illinois 60602
(312) 372-8822
(312) 372-1673  (Facsimile)

ATTORNEYS FOR PLAINTIFF



# EXHIBIT A

| BIEHL & BIEHL, INC. | BIEHL & BIEHL, INC. |
|---|---|
| P. O. BOX 87410 | |
| CAROL STREAM, IL 60188-7410 | B & B  |
| | 325 E. Fullerton Ave., Carol Stream, IL 60188 |
| | Toll Free: 800-837-2434  Fax: 630-682-0545 |

```
25963532   0001596 / 352000037205 /   010
Marlon Mitchell

Glenwood, IL 60425-2055
                                            9206
```

### DEBT INFORMATION

| | |
|---|---|
| Creditor: | Chicago Tribune Circulation |
| Account #: | |
| Date: | December 9, 2009 |
| Account Balance: | $32.25 |

Chicago Tribune Circulation has retained us to collect the amount of $32.25 you owe them.

If this amount is not correct as shown or you feel you do not owe this bill, please send written notification of these facts within thirty days. We will forward this information to Chicago Tribune Circulation for resolution of the debt.

Naturally, we do not want to jeopardize the good relationship between you and Chicago Tribune Circulation. Therefore, please take care of this obligation immediately. Kindly return the stub portion at the bottom of this letter with your payment.

Yours truly,

George Baron

Unless you notify this office within 30 days after receiving this notice that you dispute the validity of this debt or any portion thereof, this office will assume this debt is valid. If you notify this office in writing within 30 days from receiving this notice, this office will: obtain verification of the debt or obtain a copy of a judgment and mail you a copy of such judgment or verification. If you request this office in writing within 30 days after receiving this notice, this office will provide you with the name and address of the original creditor, if different from the current creditor.

This is a communication from a debt collector. This is an attempt to collect a debt. All information obtained will be used for this purpose.



International Association
of Commercial Collectors, Inc.

BB8LT8/R 1.0

---- DETACH HERE AND PLACE IN RETURN ENVELOPE WITH YOUR PAYMENT ----

### RETURN THIS WITH YOUR PAYMENT IMMEDIATELY

| MAKE CHECK OR MONEY ORDER | Creditor: Chicago Tribune Circulation |
|---|---|
| PAYABLE TO CREDITOR LISTED | Account #: |
| IN DEBT INFORMATION | Date: December 9, 2009 |
| | Account Balance: $32.25 |

25963532
Marlon Mitchell

Glenwood, IL 60425-2055

BIEHL & BIEHL
P.O.BOX 87410
CAROL STREAM, IL 60188-7410

LTR01A