# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| MARLON MITCHELL,<br><br>    Plaintiff,<br><br>v.<br><br>BIEHL & BIEHL, INC.<br><br>    Defendant. | **NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**<br><br>**Civil Action No. 09-cv-8043**<br><br>**Judge Hart**<br>**Magistrate Judge Ashman** |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Marlon Mitchell hereby dismisses Defendant Biehl & Biehl, Inc. with prejudice and states the following in support:

1. Plaintiff filed his First Amended Complaint on January 25, 2010. (Docket # 11).

2. Defendant has not served an answer or motion for summary judgment.

WHEREFORE, Plaintiff Marlon Mitchell hereby dismisses Defendant Biehl & Biehl, Inc. with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

February 10, 2010
        s/ Craig M. Shapiro
        Craig M. Shapiro
        O. Randolph Bragg
        HORWITZ, HORWITZ & ASSOCIATES, LTD..
        25 East Washington Street Suite 900
        Chicago, Illinois 60602
        (312) 372-8822
        (312) 372-1673  (Facsimile)

        ATTORNEYS FOR PLAINTIFF